NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 899

IN RE TELULAR CORPORATION,

Petitioner.

On Writ of Mandamus from the United States District Court for the Eastern District of Texas in case no. 2:07-CV-282, Judge T. John Ward.

ON PETITION FOR WRIT OF MANDAMUS

Before DYK, Circuit Judge.

## ORDER

Telular Corporation submits a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its September 10, 2008 order denying Telular's motion to transfer venue, and to direct the Texas district court to transfer the case to the United States District Court for the Northern District of Illinois.

Upon consideration thereof,

IT IS ORDERED THAT:

Tobi Gellman is directed to respond no later than March 13, 2009.

FOR THE COURT

FEB 27 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: James Philip Hanrath, Esq.
    Edward W. Goldstein, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 27 2009

JAN HORBALY
CLERK